JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARK ROSS,<br><br>        Petitioner,<br><br>     v.<br><br>F. FOULK, Warden,<br><br>        Respondent. | Case No. CV 14-4967-FMO (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 23, 2017

                                            _____/s/_____
                                            HONORABLE FERNANDO M. OLGUIN
                                            UNITED STATES DISTRICT JUDGE